No. 65488.—Victor B. Handal & Bro., Inc., by Frank P. Dow Co., Inc., of L.A.
  v. United States, protest 60/20186 (Los Angeles).

Opinion by RAO, J. An examination of the protest disclosing that is was untimely filed under section 514, Tariff Act of 1930, the motion to dismiss was granted.

No. 65489.—Robert E. Landweer & Co., Inc., et al. v. United States, protests
  58/406, etc. (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "A" consist of nylon gill nets similar in all material respects to those the subject of Abstract 63947, the merchandise was held dutiable at 22½ percent under paragraph 1006, as modified, as gill nets, wholly or in chief value of flax or ramie, by similitude. The items marked "B," stipulated to consist of fish netting similar to that involved in said Abstract 63947, were held dutiable at 25 percent under the provision in paragraph 923, as modified, for cotton fishing nets, by similitude.

No. 65490.—Cohn-Hall-Marx Co., Div. of United Merchants & Mfrs., Inc. v.
  United States, protests 60/20707 and 60/20708 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics in the piece, valued at more than $5.50 per pound, bleached, colored, dyed, or printed, not chiefly used for stenciling purposes in screen-process printing, Jacquard-figured, the claim of the plaintiff was sustained.